UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:24-cv-00509-JAM-CSK

No. 2:25-cv-01721-JAM-CSK

No. 2:25-cv-01722-JAM-CSK

No. 2:25-cv-01911-JAM-CSK

No. 2:25-cv-02000-JAM-CSK

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for

1

1  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

2  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

3      The Court has reviewed the complaints/petitions filed in the above-captioned cases and

4  finds they are related to Plaintiff's Alameda County criminal conviction.

5      Accordingly, IT IS HEREBY ORDERED that 2:24-cv-00509, 2:25-cv-01721, 2:25-cv-

6  01722, 2:25-cv-01911 and 2:25-cv-02000 are **DISMISSED**; the Clerk of the Court is

7  **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

Dated: July 25, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE